1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CLARENCE ANTHONY RICKS, | ) Case No. 3:24-cv-07700-LJC |
|---|---|
| Plaintiff, | ) **ORDER DISMISSING CASE** |
| vs. | ) |
| LELAND DUDEK, Acting Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

Based on Defendant's Motion to Dismiss, and the parties' Stipulation to Dismissal of Case, this case is DISMISSED WITH PREJUDICE.

Dated: April 30, 2025

_____
THE HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE

[ORDER DISMISSING CASE; Case No. 3:24-cv-07700-LJC

1